# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| WAFA RASHDAN, | No. C 12-1369 EDL |
| Plaintiff, | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. | |
| TARGET CORPORATION, | Date: June 28, 2012 |
| Defendants. | Mediator: Joel Franciosa |

IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, Todd Saylor, from personal attendance at the June 28, 2012, mediation session before Joel Franciosa is GRANTED. Mr. Saylor shall be available at all times to participate telephonically in the mediation unless or until excused by the mediator.

IT IS SO ORDERED.

June 14, 2012          By: _____
Dated                       Donna M. Ryu
                            United States Magistrate Judge

GRANTED
Judge Donna M. Ryu